UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:05CV1146 TIA |
| GINA L. LAPARA, DAVID D. KIDD, SR., ) THE ESTATE OF DAVID D. KIDD, JR., ) and DIANE L. ARMSTRONG, ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Parties' Consent Order of Distribution. The Parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

Plaintiff filed an Interpleader Complaint on July 22, 2005, seeking a declaratory judgment as to the beneficiaries of a life insurance policy issued on the life of David D. Kidd, Jr. On November 30, 2005, Plaintiff deposited $99,424.47 into the registry of the court. On December 29, 2005, the Parties filed a Consent to Order of Distribution designating the distribution of the proceeds from the life insurance policy.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a check made payable to Diane Armstrong in the amount of Seventy-Two Thousand One Hundred Ten Dollars and Five Cents ($72,110.05) in the care of Ted F. Frapolli, Esq., Law Offices of Ted F. Frapolli, 275 N. Lindberg, Suite F, St. Louis, MO 63141.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a check made payable

to Gina L. Lapara in the amount of Twenty-Seven Thousand Three Hundred Fourteen Dollars and Forty-Two Cents ($27,314.42) in care of Robert A. Wulff, Esq., Amelung, Wulff & Willenbrock, P.C., 705 Olive Street, 11th Floor, St. Louis, MO 63101.

                                                    /s/ Terry I. Adelman
                                      UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2006.